Sweet/0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE A. ROYCE, as parent and
guardian of TIFFANY M. WHEELER, a Minor,

                        Plaintiff,

    v.

THOMAS R. WHEELER, LISA W.
HUZELLA, and MICHAELON A. WRIGHT,
each individually and as acting successor trustee
of the Thomas M. Wheeler Revocable Trust, u/a
dated April 9, 1986, as Amended and Restated,
43 WEST 64TH STREET LLC, a Michigan
corporation, and WHEELER FAMILY
FOUNDATION, INC., a Delaware nonprofit
corporation,

                        Defendants,

-- and --

KRYSTAL WHEELER,

                        Nominal Defendant.



Civil Action No.: 07-CV-10968 (RWS)



IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Charlene A. Royce, as parent and guardian of Tiffany M. Wheeler, a minor, and Defendants Thomas R. Wheeler, Lisa W. Huzella and Michaelon A. Wright, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc., as follows:

1. The time for Defendants to answer, move or otherwise respond to the Amended Complaint filed in this action is hereby extended through and including February 15, 2008.

2. This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED:   New York, New York
         January 31, 2008

ARNOLD & PORTER LLP

By: _____
Charles G. Berry (CB 2389)
Yue-Han Chow (YC 4393)
399 Park Avenue
New York, New York 10022
Phone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiff, Charlene A. Royce, as Parent and Legal Guardian of Tiffany M. Wheeler, a Minor*

HELLER EHRMAN LLP

By: _____
Richard A. Martin (RM 7668)
Patryk J. Chudy (PC 8815)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Facsimile: (212) 763-7600

*Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*

2

1. The time for Defendants to answer, move or otherwise respond to the Amended Complaint filed in this action is hereby extended through and including February 15, 2008.

2. This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED: New York, New York
January 31, 2008

ARNOLD & PORTER LLP                    HELLER EHRMAN LLP

By:_____             By:_____
   Charles G. Berry (CB 2389)             Richard A. Martin (RM 7668)
   Yue-Han Chow (YC 4393)                 Patryk J. Chudy (PC 8815)
   399 Park Avenue                        Times Square Tower
   New York, New York 10022               7 Times Square
   Phone: (212) 715-1000                  New York, New York 10036
   Facsimile: (212) 715-1399              Phone: (212) 832-8300
                                          Facsimile: (212) 763-7600

*Attorneys for Plaintiff, Charlene A. Royce, as Parent and Legal Guardian of Tiffany M. Wheeler, a Minor*

*Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*

2

DATED:   New York, New York
         January __, 2008

SO ORDERED:

_____
2-5-08

3