Sweet /0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE A. ROYCE, as parent and
guardian of TIFFANY M. WHEELER, a Minor,

        Plaintiff,

v.

THOMAS R. WHEELER, LISA W.
HUZELLA, and MICHAELON A. WRIGHT,
each individually and as acting successor trustee
of the Thomas M. Wheeler Revocable Trust, u/a
dated April 9, 1986, as Amended and Restated,
43 WEST 64TH STREET LLC, a Michigan
corporation, and WHEELER FAMILY
FOUNDATION, INC., a Delaware nonprofit
corporation,

        Defendants,

-- and --

KRYSTAL WHEELER,

        Nominal Defendant.

---

Civil Action No.: 07-CV-10968 (RWS)





IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Charlene A. Royce, as parent and guardian of Tiffany M. Wheeler, a minor, and Defendants Thomas R. Wheeler, Lisa W. Huzella and Michaelon A. Wright, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc., as follows:

1. The parties, having previously agreed to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint to February 15, 2008, hereby agree to further extend the response deadline to March 7, 2008.

2. This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED:  New York, New York
        February 7, 2008

ARNOLD & PORTER LLP                HELLER EHRMAN LLP

By: _____      By: _____
Charles G. Berry (CB 2389)         Richard A. Martin (RM 7668)
Yue-Han Chow (YC 4393)             Patryk J. Chudy (PC 8815)
399 Park Avenue                    Times Square Tower
New York, New York 10022           7 Times Square
Phone: (212) 715-1000              New York, New York 10036
Facsimile: (212) 715-1399          Phone: (212) 832-8300
Charles.Berry@aporter.com          Facsimile: (212) 763-7600
Yue-Han.Chow@aporter.com           richard.martin@hellerehrman.com
                                   patryk.chudy@hellerehrman.com

*Attorneys for Plaintiff, Charlene A. Royce, as Parent and Legal Guardian of Tiffany M. Wheeler, a Minor*

*Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*

1. The parties, having previously agreed to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint to February 15, 2008, hereby agree to further extend the response deadline to March 7, 2008.

2. This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED: New York, New York
February 7, 2008

ARNOLD & PORTER LLP

By:_____
Charles G. Berry (CB 2389)
Yue-Han Chow (YC 4393)
399 Park Avenue
New York, New York 10022
Phone: (212) 715-1000
Facsimile: (212) 715-1399
Charles.Berry@aporter.com
Yue-Han.Chow@aporter.com

*Attorneys for Plaintiff, Charlene A. Royce, as Parent and Legal Guardian of Tiffany M. Wheeler, a Minor*

HELLER EHRMAN LLP

By:_____
Richard A. Martin (RM 7668)
Patryk J. Chudy (PC 8815)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Facsimile: (212) 763-7600
richard.martin@hellerehrman.com
patryk.chudy@hellerehrman.com

*Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*

2

DATED:  New York, New York
        February __, 2008

                                        SO ORDERED:

                                        _____
                                        Sweet

3