Sweet, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE A. ROYCE, as parent and
guardian of TIFFANY M. WHEELER, a Minor,

                        Plaintiff,

v.

THOMAS R. WHEELER, LISA W.
HUZELLA, and MICHAELON A. WRIGHT,
each individually and as acting successor trustee
of the Thomas M. Wheeler Revocable Trust, u/a
dated April 9, 1986, as Amended and Restated,
43 WEST 64TH STREET LLC, a Michigan
corporation, and WHEELER FAMILY
FOUNDATION, INC., a Delaware nonprofit
corporation,

                        Defendants,

-- and --

KRYSTAL WHEELER,

                        Nominal Defendant.

Civil Action No.: 07-CV-10968 (RWS)


RECEIVED MAR 0 5 2008 JUDGE SWEET CHAMBERS


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Charlene A. Royce, as parent and guardian of Tiffany M. Wheeler, a minor, and Defendants Thomas R. Wheeler, Lisa W. Huzella and Michaelon A. Wright, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc., as follows:

1. The parties, having previously agreed to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint to February 15, 2008, and then subsequently to March 7, 2008, hereby agree to further extend the response deadline to March 14, 2008.

2. This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED:   New York, New York
         March 4, ~~February~~ , 2008

ARNOLD & PORTER LLP                        HELLER EHRMAN LLP

By: _____              By: _____
Charles G. Berry (CB 2389)                 Richard A. Martin (RM 7668)
Yue-Han Chow (YC 4393)                     Patryk J. Chudy (PC 8815)
399 Park Avenue                            Times Square Tower
New York, New York 10022                   7 Times Square
Phone: (212) 715-1000                      New York, New York 10036
Facsimile: (212) 715-1399                  Phone: (212) 832-8300
Charles.Berry@aporter.com                  Facsimile: (212) 763-7600
Yue-Han.Chow@aporter.com                   richard.martin@hellerehrman.com
                                           patryk.chudy@hellerehrman.com

*Attorneys for Plaintiff, Charlene A.
Royce, as Parent and Legal Guardian of*    *Attorneys for Defendants Thomas R. Wheeler,*
*Tiffany M. Wheeler, a Minor*              *Lisa W. Huzella, Michaelon A. Wright, 43*
                                           *West 64th Street LLC, and Wheeler Family*
                                           *Foundation, Inc.*

2

1. The parties, having previously agreed to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint to February 15, 2008, and then subsequently to March 7, 2008, hereby agree to further extend the response deadline to March 14, 2008.

2. This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED:   New York, New York
~~February~~ March 7, 2008

ARNOLD & PORTER LLP                HELLER EHRMAN LLP

By:_____         By:_____
   Charles G. Berry (CB 2389)         Richard A. Martin (RM 7668)
   Yue-Han Chow (YC 4393)             Patryk J. Chudy (PC 8815)
   399 Park Avenue                    Times Square Tower
   New York, New York 10022           7 Times Square
   Phone: (212) 715-1000              New York, New York 10036
   Facsimile: (212) 715-1399          Phone: (212) 832-8300
   Charles.Berry@aporter.com          Facsimile: (212) 763-7600
   Yue-Han.Chow@aporter.com           richard.martin@hellerehrman.com
                                      patryk.chudy@hellerehrman.com

*Attorneys for Plaintiff, Charlene A.
Royce, as Parent and Legal Guardian of*    *Attorneys for Defendants Thomas R. Wheeler,*
*Tiffany M. Wheeler, a Minor*               *Lisa W. Huzella, Michaelon A. Wright, 43*
                                            *West 64th Street LLC, and Wheeler Family*
                                            *Foundation, Inc.*

DATED:   New York, New York
         March 11, 2008

                                        SO ORDERED:

                                        _____
                                        Miriam Goldman Cedarbaum
                                        United States District Judge
                                        Part I

3