UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE ROYCE, as parent and guardian of TIFFANY M. WHEELER, a Minor,

        Plaintiff,

v.

THOMAS R. WHEELER, LISA W. HUZELLA, and MICHAELON A. WRIGHT, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 WEST 64TH STREET LLC, a Michigan corporation, and WHEELER FAMILY FOUNDATION, INC., a Delaware nonprofit corporation,

        Defendants,

– and –

KRYSTAL WHEELER,

        Nominal Defendant.

ELECTRONICALLY FILED

Civil Action No.: 07-CV-10968 (RWS)

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in the above-captioned action as counsel for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc. We hereby demand that copies of all notices, papers and filings be served upon us at the following address:

    Richard A. Martin, Esq.
    Patryk J. Chudy, Esq.
    Heller Ehrman LLP
    7 Times Square
    New York, New York  10036
    Ph: (212) 832-8300
    Fax: (212) 763-7600

Dated: New York, New York
       March 14, 2008

                        HELLER EHRMAN LLP

                  By:   ___/s/ Patryk J. Chudy_____

                        Richard A. Martin (RM 7668)
                        Patryk J. Chudy (PC 8815)
                        Times Square Tower
                        7 Times Square
                        New York, New York 10036
                        (212) 832-8300
                        richard.martin@hellerehrman.com
                        patryk.chudy@hellerehrman.com

                        *Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*