UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLENE ROYCE, as parent and guardian of TIFFANY M. WHEELER, a Minor, | |
| Plaintiff, | |
| v. | |
| THOMAS R. WHEELER, LISA W. HUZELLA, and MICHAELON A. WRIGHT, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 WEST 64TH STREET LLC, a Michigan corporation, and WHEELER FAMILY FOUNDATION, INC., a Delaware nonprofit corporation, | ELECTRONICALLY FILED<br><br>Civil Action No.: 07-CV-10968 (RWS)<br><br>**NOTICE OF APPEARANCE** |
| Defendants, | |
| – and – | |
| KRYSTAL WHEELER, | |
| Nominal Defendant. | |

    PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in the above-captioned action as counsel for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc. We hereby demand that copies of all notices, papers and filings be served upon us at the following address:

    Richard A. Martin, Esq.
    Patryk J. Chudy, Esq.
    Heller Ehrman LLP
    7 Times Square
    New York, New York  10036
    Ph: (212) 832-8300
    Fax: (212) 763-7600

Dated: New York, New York
       March 14, 2008

                HELLER EHRMAN LLP

            By:    ___/s/ Richard A. Martin_____

                Richard A. Martin (RM 7668)
                Patryk J. Chudy (PC 8815)
                Times Square Tower
                7 Times Square
                New York, New York 10036
                (212) 832-8300
                richard.martin@hellerehrman.com
                patryk.chudy@hellerehrman.com

*Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*