UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLENE ROYCE, as parent and guardian of TIFFANY M. WHEELER, a Minor, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS R. WHEELER, LISA W. HUZELLA, and MICHAELON A. WRIGHT, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 WEST 64TH STREET LLC, a Michigan corporation, and WHEELER FAMILY FOUNDATION, INC., a Delaware nonprofit corporation, | : | ELECTRONICALLY FILED |
| | : | |
| | : | |
| | : | Civil Action No.: 07-CV-10968 (RWS) |
| | : | |
| | : | **RULE 7.1 DISCLOSURE STATEMENT** |
| | : | |
| Defendants, | : | |
| | : | |
| – and – | : | |
| | : | |
| KRYSTAL WHEELER, | : | |
| | : | |
| Nominal Defendant. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Wheeler Family Foundation, Inc. ("Wheeler Foundation") states that Wheeler Foundation is a Delaware nonprofit corporation which has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
      March 14, 2008

Respectfully submitted,

HELLER EHRMAN LLP

By:     ____/s/ Richard A. Martin_____

     Richard A. Martin (RM 7668)
     Patryk J. Chudy (PC 8815)
     Times Square Tower
     7 Times Square
     New York, New York 10036
     (212) 832-8300
     richard.martin@hellerehrman.com
     patryk.chudy@hellerehrman.com

*Attorneys for Defendants Thomas R.
Wheeler, Lisa W. Huzella, Michaelon A.
Wright, 43 West 64th Street LLC, and
Wheeler Family Foundation, Inc.*