



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE A. ROYCE, as parent and
guardian of TIFFANY M. WHEELER, a Minor,

                      Plaintiff,

    v.

THOMAS R. WHEELER, LISA W.
HUZELLA, and MICHAELON A. WRIGHT,
each individually and as acting successor trustee
of the Thomas M. Wheeler Revocable Trust, u/a
dated April 9, 1986, as Amended and Restated,
43 WEST 64TH STREET LLC, a Michigan
corporation, and WHEELER FAMILY
FOUNDATION, INC., a Delaware nonprofit
corporation,

                      Defendants,

    -- and --

KRYSTAL WHEELER,

                      Nominal Defendant.

Civil Action No.: 07-CV-10968 (RWS)

---

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Charlene A. Royce, as parent and guardian of Tiffany M. Wheeler, a minor, and Defendants Thomas R. Wheeler, Lisa W. Huzella and Michaelon A. Wright, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc., as follows:

1.  The parties, having previously agreed to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint to February 15, 2008, and then subsequently to March 7, 2008, hereby agree to further extend the response deadline to March 14, 2008.

2.  This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED:   New York, New York
         March 4, ~~February~~, 2008

| ARNOLD & PORTER LLP | HELLER EHRMAN LLP |
|---|---|
| By: _/s/_____ | By: _____ |
| Charles G. Berry (CB 2389) | Richard A. Martin (RM 7668) |
| Yue-Han Chow (YC 4393) | Patryk J. Chudy (PC 8815) |
| 399 Park Avenue | Times Square Tower |
| New York, New York 10022 | 7 Times Square |
| Phone: (212) 715-1000 | New York, New York 10036 |
| Facsimile: (212) 715-1399 | Phone: (212) 832-8300 |
| Charles.Berry@aporter.com | Facsimile: (212) 763-7600 |
| Yue-Han.Chow@aporter.com | richard.martin@hellerehrman.com |
|  | patryk.chudy@hellerehrman.com |
| *Attorneys for Plaintiff, Charlene A. Royce, as Parent and Legal Guardian of Tiffany M. Wheeler, a Minor* | *Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.* |

1.  The parties, having previously agreed to extend the time for Defendants to answer, move or otherwise respond to the Amended Complaint to February 15, 2008, and then subsequently to March 7, 2008, hereby agree to further extend the response deadline to March 14, 2008.

2.  This Stipulation may be executed by facsimile counterparts, each of which shall have the same force and effect as an original signature.

DATED:  New York, New York
        ~~February~~ March 7, 2008

ARNOLD & PORTER LLP                         HELLER EHRMAN LLP

By:_____                  By: /s/ _____
   Charles G. Berry (CB 2389)                   Richard A. Martin (RM 7668)
   Yue-Han Chow (YC 4393)                       Patryk J. Chudy (PC 8815)
   399 Park Avenue                              Times Square Tower
   New York, New York 10022                     7 Times Square
   Phone: (212) 715-1000                        New York, New York 10036
   Facsimile: (212) 715-1399                    Phone: (212) 832-8300
   Charles.Berry@aporter.com                    Facsimile: (212) 763-7600
   Yue-Han.Chow@aporter.com                     richard.martin@hellerehrman.com
                                                patryk.chudy@hellerehrman.com

*Attorneys for Plaintiff, Charlene A.
Royce, as Parent and Legal Guardian of*         *Attorneys for Defendants Thomas R. Wheeler,
Tiffany M. Wheeler, a Minor*                    *Lisa W. Huzella, Michaelon A. Wright, 43
                                                West 64th Street LLC, and Wheeler Family
                                                Foundation, Inc.*

2

DATED:   New York, New York
         March 17, 2008

SO ORDERED:

_____
Sweet