UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

CHARLENE ROYCE,

Plaintiff,

- against -

THOMAS R. WHEELER,

Defendant.

----------------------------------------X

07 Civ. 10968 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/08

**Sweet, D.J.,**

Defendant's motion to dismiss will be heard at noon on Wednesday, April 9, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**March 17, 2008**

**ROBERT W. SWEET**
**U.S.D.J.**