UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHARLENE A. ROYCE, as parent and guardian of TIFFANY M. WHEELER, a Minor, | : |
| Plaintiff, | : |
| - against - | : |
| THOMAS R. WHEELER, LISA W. HUZELLA, and MICHAELON A. WRIGHT, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 WEST 64TH STREET LLC, a Michigan corporation, and WHEELER FAMILY FOUNDATION, INC., a Delaware nonprofit corporation, | : **NOTICE OF APPEARANCE**<br><br>:<br><br>: 07-CV-10968 (RWS) (FM) |
| Defendants, | : |
| - and - | : |
| KRYSTAL WHEELER, | : |
| Nominal Defendant. | : |

PLEASE TAKE NOTICE that Yue-Han Chow of the firm of Arnold & Porter LLP hereby appears on behalf of the plaintiff in the above-referenced action and requests notice of all matters in this action.

Dated: New York, New York
       March 19, 2008

ARNOLD & PORTER LLP

By:   /s/ Yue-Han Chow
      Yue-Han Chow
      399 Park Avenue
      New York, NY 10022-4690
      (212) 715-1000 (telephone)
      Yue-Han.Chow@aporter.com

*Attorneys for Plaintiff*