UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE A. ROYCE, as parent and
guardian of TIFFANY M. WHEELER, a Minor,

          Plaintiff,

v.

THOMAS R. WHEELER, LISA W.
HUZELLA, and MICHAELON A. WRIGHT,
each individually and as acting successor trustee
of the Thomas M. Wheeler Revocable Trust, u/a
dated April 9, 1986, as Amended and Restated,
43 WEST 64TH STREET LLC, a Michigan
corporation, and WHEELER FAMILY
FOUNDATION, INC., a Delaware nonprofit
corporation,

          Defendants,

— and —

KRYSTAL WHEELER,

          Nominal Defendant.

Civil Action No.: 07-CV-10968 (RWS)

STIPULATION AND ORDER





---

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Charlene A. Royce, as parent and guardian of Tiffany M. Wheeler, a minor ("Plaintiff"), and Defendants Thomas R. Wheeler, Lisa W. Huzella and Michaelon A. Wright, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc. (collectively, "Defendants"), as follows:

1. The initial pretrial conference scheduled for Wednesday April 16, 2008 at 4:30 pm in Courtroom 18C, is hereby rescheduled for 12:00 noon on the same day, or such other date and time as the Court may fix.

2. Plaintiff's time to respond to Defendants' motion to dismiss is hereby extended up to and including April 21, 2008.

2. Defendants' time to reply on its motion is hereby extended to May 6, 2008.

3. Oral argument on Defendants' motion shall be heard at noon on Wednesday, May 14, 2008, in Courtroom 18C, or such other date and time as the Court may fix.

DATED: New York, New York
March 20, 2008

ARNOLD & PORTER LLP

By: *Charles Berry/p* _____
Charles G. Berry (CB 2389)
Yue-Han Chow (YC 4393)
399 Park Avenue
New York, New York 10022
Phone: (212) 715-1000
Facsimile: (212) 715-1399
Charles.Berry@aporter.com
Yue-Han.Chow@aporter.com

*Attorneys for Plaintiff, Charlene A. Royce, as Parent and Legal Guardian of Tiffany M. Wheeler, a Minor*

HELLER EHRMAN LLP

By: *Richard A. Martin* _____
Richard A. Martin (RM 7668)
Patryk J. Chudy (PC 8815)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Facsimile: (212) 763-7600
richard.martin@hellerehrman.com
patryk.chudy@hellerehrman.com

*Attorneys for Defendants Thomas R. Wheeler, Lisa W. Huzella, Michaelon A. Wright, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc.*

DATED: New York, New York
March 26, 2008

SO ORDERED:

_____
Hon. Robert W. Sweet
U.S.D.J.