UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLENE A. ROYCE, as parent and
guardian of TIFFANY M. WHEELER, a Minor,

       Plaintiff,

 v.

THOMAS R. WHEELER, LISA W.
HUZELLA, and MICHAELON A. WRIGHT,
each individually and as acting successor trustee
of the Thomas M. Wheeler Revocable Trust, u/a
dated April 9, 1986, as Amended and Restated,
43 WEST 64TH STREET LLC, a Michigan
corporation, and WHEELER FAMILY
FOUNDATION, INC., a Delaware nonprofit
corporation,

       Defendants,

 -- and --

KRYSTAL WHEELER,

       Nominal Defendant.

Civil Action No.: 07-CV-10968 (RWS)

STIPULATION AND ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08

---

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff Charlene A. Royce, as parent and guardian of Tiffany M. Wheeler, a minor ("Plaintiff"), and Defendants Thomas R. Wheeler, Lisa W. Huzella and Michaelon A. Wright, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 West 64th Street LLC, and Wheeler Family Foundation, Inc. (collectively, "Defendants"), as follows:

1. Plaintiff's time to respond to Defendants' motion to dismiss is hereby extended up to and including April 23, 2008.

2. Defendants' time to reply on its motion is hereby extended to May 9, 2008.

3. Oral argument on Defendants' motion is still scheduled to be heard at noon on Wednesday, May 14, 2008, in Courtroom 18C, or such other date and time as the Court may fix.

Dated:   New York, New York
         April 15, 2008

ARNOLD & PORTER LLP                          HELLER EHRMAN LLP

By: _____                  By: _____
    Charles G. Berry (CB 2389)                   Richard A. Martin (RM 7668)
    Mark Kleyna (MK 7934)                        Patryk J. Chudy (PC 8815)
    399 Park Avenue                              Times Square Tower
    New York, New York  10022                    7 Times Square
    Phone: (212) 715-1000                        New York, New York  10036
    Facsimile: (212) 715-1399                    Phone: (212) 832-8300
    Charles.Berry@aporter.com                    Facsimile: (212) 763-7600
    Mark.Kleyna@aporter.com                      richard.martin@hellerehrman.com
                                                 patryk.chudy@hellerehrman.com

*Attorneys for Plaintiff, Charlene A.
Royce, as Parent and Legal Guardian of*          *Attorneys for Defendants Thomas R. Wheeler,
*Tiffany M. Wheeler, a Minor*                    *Lisa W. Huzella, Michaelon A. Wright, 43
                                                 West 64th Street LLC, and Wheeler Family
                                                 Foundation, Inc.*

Dated:   New York, New York
         April 16, 2008

                                                 SO ORDERED:

                                                 _____
                                                 Hon. Robert W. Sweet
                                                 U.S.D.J.

1. Plaintiff's time to respond to Defendants' motion to dismiss is hereby extended up to and including April 23, 2008.

2. Defendants' time to reply on its motion is hereby extended to May 9, 2008.

3. Oral argument on Defendants' motion is still scheduled to be heard at noon on Wednesday, May 14, 2008, in Courtroom 18C, or such other date and time as the Court may fix.

Dated:   New York, New York
         April 15, 2008

ARNOLD & PORTER LLP                          HELLER EHRMAN LLP

By: _____                   By: _____
Charles G. Berry (CB 2389)                   Richard A. Martin (RM 7668)
Mark Kleyna (MK 7934)                        Patryk J. Chudy (PC 8815)
399 Park Avenue                              Times Square Tower
New York, New York  10022                    7 Times Square
Phone: (212) 715-1000                        New York, New York  10036
Facsimile: (212) 715-1399                    Phone: (212) 832-8300
Charles.Berry@aporter.com                    Facsimile: (212) 763-7600
Mark.Kleyna@aporter.com                      richard.martin@hellerehrman.com
                                             patryk.chudy@hellerehrman.com

*Attorneys for Plaintiff, Charlene A.
Royce, as Parent and Legal Guardian of*      *Attorneys for Defendants Thomas R. Wheeler,
Tiffany M. Wheeler, a Minor*                 *Lisa W. Huzella, Michaelon A. Wright, 43
                                             West 64th Street LLC, and Wheeler Family
                                             Foundation, Inc.*

Dated:   New York, New York
         April ___, 2008

                                             SO ORDERED:

                                             _____
                                             Hon. Robert W. Sweet
                                             U.S.D.J.

2