UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHARLENE A. ROYCE, as parent and guardian of TIFFANY M. WHEELER, a Minor, | x : |
| Plaintiff, | : |
| - against - | : |
| THOMAS R. WHEELER, LISA W. HUZELLA, and MICHAELON A. WRIGHT, each individually and as acting successor trustee of the Thomas M. Wheeler Revocable Trust, u/a dated April 9, 1986, as Amended and Restated, 43 WEST 64TH STREET LLC, a Michigan corporation, and WHEELER FAMILY FOUNDATION, INC., a Delaware nonprofit corporation, | : **NOTICE OF APPEARANCE** : : **07-CV-10968 (RWS) (FM)** : : |
| Defendants, | : |
| - and - | : |
| KRYSTAL WHEELER, | : |
| Nominal Defendant. | : x |

PLEASE TAKE NOTICE that Mark Kleyna of the firm of Arnold & Porter LLP hereby appears on behalf of the plaintiff in the above-referenced action and requests notice of all matters in this action.

Dated: New York, New York
April 22, 2008

ARNOLD & PORTER LLP

By: /s/ Mark Kleyna
Mark Kleyna
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000 (telephone)
Mark.Kleyna@aporter.com

*Attorneys for Plaintiff*