UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Charlene A. Royce

                            Plaintiff,

            -against-

Thomas R. Wheeler, et al.

                           Defendant.
-----------------------------------------------------------x

07 CIVIL 10968 (RWS)

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: RICHARD A. MARTIN

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        RM7668

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Heller, Ehrman, White & McAuliffe, LLP

    To: Orrick Herrington & Sutcliffe, LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** 666 Fifth Avenue, New York, New York 10103

☒ **Telephone Number:** 212-506-5000

☒ **Fax Number:** 212-506-5151

☒ **E-Mail Address:** rmartin@orrick.com

Dated: May 22, 2008

*/s/ Richard A. Martin*