UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Charlene A. Royce

                Plaintiff,

            07 CIVIL 10968 (RWS)

      -against-

Thomas R. Wheeler, et al.
                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Patryk Chudy__

[x] *Attorney*

    [x] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        PC8815

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[x] *Law Firm/Government Agency Association*

    From: __Heller, Ehrman, White & McAuliffe, LLP__

    To: __Orrick, Herrington & Sutcliffe, LLP__

    [x] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x] *Address:* __666 Fifth Avenue, New York, New York 10103__

[x] *Telephone Number:* 212-506-5000

[x] *Fax Number:* 212-506-5151

[x] *E-Mail Address:* pchudy@orrick.com

Dated: __June 2, 2008__